From: Charles Bunton
    Allred #1143771
    2101 FM 369 N.
    Iowa Park, TX 76367

60.852-07

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**APR 13 2015**

**Abel Acosta, Clerk**

April 8, 2015

To: Clerk
    Court of Criminal Appeals of Texas
    P.O. Box 12308, Capitol Station
    Austin, TX 78711

Dear Clerk:

On March 14, 2014 in Cause No. WR-60,852-07 My "Original application for Writ of Mandamus was received and presented to the Court." On April 2, 2014 "The Court... denied without written order motion for leave to file."

Why did the Court rule on a motion that was long repealed instead of disregarding the motion and instead, ruled on the mandamus writ itself?

My conviction was wrongly affirmed on direct appeal and that Judgment wrongly affirming my conviction is VOID this is why I filed the writ of mandamus. That mandamus was NEVER addressed. I need to know why these roadblocks were created by the Court?

Truthfully,

Charles Bunton — wrongfully convicted in 2002. Wrongly affirmed in 2004.